JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, etc., <br><br>     Plaintiff, <br><br>     v. <br><br> ALL WEST IRON, INC., etc., et al., <br><br>     Defendants. | SA CV 06-177 AHS (ANx) <br><br><br><br><br> JUDGMENT |

     Plaintiff's Motion for Summary Judgment, or in the Alternative for Partial Summary Judgment having come before the Court, the Honorable Alicemarie H. Stotler, United States District Judge, presiding, and the matter having been duly considered and decision having been duly rendered,

//

//

//

//

//

```
 1            IT IS ORDERED AND ADJUDGED:
 2            that judgment for plaintiff is granted, that plaintiff
 3  shall recover from defendants All West Iron, Inc., AWI Builders,
 4  Inc., Zhirayr "Robert" Mekikyan, and Anna Mekikyan, and each of
 5  them, the sum of $897,634.39, and that plaintiff shall recover
 6  its costs of suit.
 7            DATED: October 15, 2009.    ALICEMARIE H. STOTLER
                                          ALICEMARIE H. STOTLER
 8                                        U.S. DISTRICT JUDGE
```